UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Argo Global Special Situations Fund; Argo Distressed Credit Fund; Black River EMCO Master Fund Ltd.; Black River Emerging Markets Credit Fund Ltd.; BlueBay Multi-Strategy (Master) Fund Limited; BlueBay Specialised Funds: Emerging Market Opportunity (Master) Fund; CarVal (CVI GVF (Lux)) Master S.a.r.l; Standard Americas, Inc.; and Standard Bank Plc,<br><br>     Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil, Ltd., a British Virgin Islands Company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd.,<br><br>     Defendants. | Court File No.: 0:10-cv-03614 (JNE/SRN)<br><br><u>**CERTIFICATE OF SERVICE**</u> |

I hereby certify that on September 14, 2010, I caused the following document to be served via United States mail on the recipients listed on <u>Exhibit A</u> hereto:

- Answer and Affirmative Defenses of Wells Fargo Bank, National Assocation, as Indenture Trustee.

-2-

| | |
|---|---|
| Dated:  September 14, 2010 | DORSEY & WHITNEY LLP |
| | |
| | /s/ Benjamin Cavender |
| | Patrick McLaughlin (# 71080) |
| | Steven J. Heim (#316994) |
| | Benjamin Cavender (#388274) |
| | Suite 1500, 50 South Sixth Street |
| | Minneapolis, MN 55402-1498 |
| | Telephone: (612) 340-2600 |
| | Facsimile: (612) 340-2643 |
| | |
| | *Counsel for Defendant Wells Fargo Bank, National Association, as Indenture Trustee* |

<u>Exhibit A</u>

**Service List**

Michael B Fisco
Faegre & Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402-3901
612-766-7000

Michael M Krauss
Faegre & Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402-3901
612-766-7000

Lisa Howley
Debevoise & Plimpton LLP
919 3rd Avenue
New York, NY 10022

Michael E. Wiles, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Christopher K. Tahbaz
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

Sahra Dalfen
Salans
Rockefeller Center
620 Fifth Avenue
New York NY 10020-2457

Anthony Ullman
Salans
Rockefeller Center
620 Fifth Avenue
New York NY 10020-2457

Joseph T. Dixon, Jr.
Henson & Efron, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503