UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Argo Global Special Situations Fund; Argo Distressed Credit Fund; Black River EMCO Master Fund Ltd., Black River Emerging Markets Credit Fund Ltd.; BlueBay Multi-Strategy (Master) Fund Limited; BlueBay Specialised Funds; CarVal (CVI GVF (Lux)) Master S,a,r,l; Standard Americas, Inc.; Standard Bank Plc; and Emerging Market Opportunity (Master) Fund,** | Civil No. 10-3614 JNE/SRN |
| Plaintiffs, | |
| v. | ORDER |
| **Wells Fargo Bank, National Association; Tristan Oil, Ltd.; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd.,** | |
| Defendants. | |

TO:   Plaintiffs above named and to Michael B. Fisco, Esq., and Michael M. Krauss, Esq., Faegre & Benson LLP, 90 South 7th Street, Suite 2200, Minneapolis, MN 55402-3901, attorneys for Plaintiffs;

Defendant Wells Fargo Bank, National Association above named and to Benjamin Cavender, Esq., Patrick J. McLaughlin, Esq., and Steven J. Heim, Esq., Dorsey & Whitney, LLP, 50 South 6th Street, Suite 1500, Minneapolis, MN 55402-1498, attorneys for Defendant.

The Rule 16 Scheduling Conference set in this matter for October 26, 2010 at 4:00 p.m. before Magistrate Judge Susan Richard Nelson in Chambers 9E, U.S. Courthouse, Minneapolis Minnesota is hereby cancelled. The Rule 16 Scheduling Conference will be rescheduled after Defendant Tristan Oil, Ltd. answers the Complaint.

Dated:   September 29, 2010

    s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge