UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Argo Global Special Situations Fund, et al., | File No. 10-cv-03614 JNE/SRN |
| Plaintiffs, | |
| v. | **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT TRISTAN OIL, LTD.** |
| Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil, Ltd., a British Virgin Islands Company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd., | |
| Defendants. | |

---

Pursuant to Fed. R. Civ. P. 7.1, Tristan Oil, Ltd., states that it does not have a parent corporation, and that no publicly traded corporation owns 10% or more of its stock.

        Anthony D. Ullman (pro hac vice admission pending)
        Salans LLP
        Rockefeller Center
        620 Fifth Avenue
        New York, NY  10020-2457
        (212) 632-5500

        and

Dated: October 22, 2010      *s/Jon S. Swierzewski*
        Jon S. Swierzewski (108017)
        Larkin Hoffman Daly & Lindgren Ltd.
        1500 Wells Fargo Plaza
        7900 Xerxes Avenue South
        Minneapolis, Minnesota  55431-1194
        (952) 835-3800

        Attorneys for Defendant Tristan Oil, Ltd.    1327165.1