# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Argo Global Special Situations Fund, et al., | File No. 10-cv-03614 JNE/SRN |
| Plaintiffs, | |
| v. | **MOTION OF DEFENDANT TRISTAN OIL, LTD. TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1), (2), (6), AND (7) AND ON GROUNDS OF *FORUM NON CONVENIENS*, OR TO ABSTAIN** |
| Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil, Ltd., a British Virgin Islands Company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd., | |
| Defendants. | |

---

PLEASE TAKE NOTICE that Defendant Tristan Oil, Limited ("Tristan") hereby moves this Court to dismiss under Federal Rules of Civil Procedure 12(b)(1), (2), (6) and (7) and on grounds of *forum non conveniens*, or to abstain, on the following grounds:

1. The action should be dismissed because this Court lacks subject matter jurisdiction.

2. The claims against Tristan should be dismissed because there is no personal jurisdiction over Tristan.

3. The action should be dismissed for failure to join a necessary party.

4. The claims against Tristan should be dismissed based on the doctrine of *forum non conveniens*.

5. Counts I-III and V-VI should be dismissed for failure to state a claim.

6.	The court should, in the alternative, abstain from hearing Counts I-III and V-VI under the doctrine articulated in *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976), and *Moses H. Cone Memorial Hospital v. Mercury Construction*, 460 U.S. 1 (1983).

A memorandum of law, together with any affidavits and exhibits, in support of this motion, will be filed in accordance with Rule 7.1 of the Local Rules for the United States Curt for the District of Minnesota.

|  |  |
|---|---|
|  | Anthony D. Ullman (pro hac vice admission pending)<br>Salans LLP<br>Rockefeller Center<br>620 Fifth Avenue<br>New York, NY  10020-2457<br>(212) 632-5500 |
|  | and |
| Dated: October 22, 2010 | *s/Jon S. Swierzewski*<br>Jon S. Swierzewski (108017)<br>Larkin Hoffman Daly & Lindgren Ltd.<br>1500 Wells Fargo Plaza<br>7900 Xerxes Avenue South<br>Minneapolis, Minnesota  55431-1194<br>(952) 835-3800 |
|  | Attorneys for Defendant Tristan Oil, Ltd. |

1326923.1