UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------

| | |
|---|---|
| Argo Global Special Situations Fund, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil, Ltd., a British Virgin Islands Company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd.,<br><br>    Defendants. | File No. 10-cv-03614 JNE/SRN<br><br>NOTICE OF MOTION OF DEFENDANT TRISTAN OIL, LTD. TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1), (2), (6), AND (7) AND ON GROUNDS OF *FORUM NON CONVENIENS*, OR TO ABSTAIN |

------------------------------------

To: Plaintiffs and their attorneys Michael M. Krauss, Faegre & Benson, LLP, 90 S 7th Street, Suite 2200, Minneapolis, MN 55402.

**PLEASE TAKE NOTICE** that the motion of Defendant Tristan Oil, Ltd. to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), (2), (6), and (7) and on grounds of *forum non conveniens*, or to abstain will be heard before The Honorable Joan N. Ericksen, at the United States Courthouse, Courtroom 12W, 300 South Fourth Street, Minneapolis, Minnesota on January 13, 2011 at 2:00 p.m.

                                      Anthony D. Ullman (pro hac vice admission pending)
                                      Salans LLP
                                      Rockefeller Center
                                      620 Fifth Avenue
                                      New York, NY  10020-2457
                                      (212) 632-5500

                                      and

Dated: October 22, 2010        *s/Jon S. Swierzewski*
Jon S. Swierzewski (108017)
Larkin Hoffman Daly & Lindgren Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota  55431-1194
(952) 835-3800

Attorneys for Defendant Tristan Oil, Ltd.

1326925.1

2.