**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

------------------------------------

| | |
|---|---|
| Argo Global Special Situations Fund, et al. | File No. 10-cv-03614 JNE/SRN |
| Plaintiffs, | |
| v. | |
| Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil, Ltd., a British Virgin Islands Company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

------------------------------------

I hereby certify that on October 22, 2010, I caused the following documents:

1. Rule 7.1 Disclosure Statement of Defendant Tristan Oil, Ltd.;

2. Motion of Defendant Tristan Oil, Ltd. to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(1), (2), (6), and (7) and on Grounds of *Forum Non Conveniens*, or to Abstain; and

3. Notice of Motion of Defendant Tristan Oil, Ltd. to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(1), (2), (6), and (7) and on Grounds of *Forum Non Conveniens*, or to Abstain;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Benjamin Cavender**
  cavender.benjamin@dorsey.com

- **Michael B Fisco**
  mfisco@faegre.com,lgrinde@faegre.com
- **Steven J Heim**
  heim.steven@dorsey.com

- **Michael M Krauss**
  mkrauss@faegre.com,kspaulding@faegre.com

- **Patrick J McLaughlin**
  mclaughlin.patrick@dorsey.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    None.

                           Anthony D. Ullman (pro hac vice admission pending)
                           Salans LLP
                           Rockefeller Center
                           620 Fifth Avenue
                           New York, NY  10020-2457
                           (212) 632-5500

                           and

Dated: October 22, 2010        *s/Jon S. Swierzewski*
                           Jon S. Swierzewski (108017)
                           Larkin Hoffman Daly & Lindgren Ltd.
                           1500 Wells Fargo Plaza
                           7900 Xerxes Avenue South
                           Minneapolis, Minnesota  55431-1194
                           (952) 835-3800


                           Attorneys for Defendant Tristan Oil, Ltd.

1327064.1