# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Argo Global Special Situations Fund, et al., | File No. 10-cv-03614 JNE/SRN |
| Plaintiffs, | |
| v. | **ORDER REGARDING STIPULATION TO EXTEND TIME FOR TRISTAN OIL, LTD. TO RESPOND TO THE COMPLAINT** |
| Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil, Ltd., a British Virgin Islands Company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd., | |
| Defendants. | |

This matter came on before the Court on the stipulation by and between Plaintiffs and Tristan Oil, Ltd. to extend the time for Tristan Oil, Ltd. to respond to the complaint. Based upon the stipulation of counsel [Doc. No. 23],

IT IS HEREBY ORDERED, that:

Tristan Oil, Ltd. is granted an extension of time, through October 22, 2010, to answer, move or otherwise respond to the Complaint filed in the above-captioned action.

BY THE COURT:

Dated: October 25, 2010

 s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

1327289.1