UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Argo Global Special Situations Fund; Argo Distressed Credit Fund; Black River EMCO Master Fund Ltd.; Black River Emerging Markets Credit Fund Ltd.; BlueBay Multi-Strategy (Master) Fund Limited; BlueBay Specialised Funds; Emerging Market Opportunity (Master) Fund; CarVal (CVI GVF (Lux)) Master S.a.r.l.; Standard Americas, Inc.; and Standard Bank Plc, <br><br> Plaintiffs, <br><br> v. <br><br> Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil, Ltd., a British Virgin Islands Company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd., <br><br> Defendants. | Court File No.:10-cv-03614 JNE/SRN <br><br><br> **ORDER REGARDING JOINT STIPULATION ON SCHEDULING OF BRIEFS ON MOTIONS TO DISMISS AND AMENDMENT OF HEARING DATE** |

This matter came on before the Court on the Stipulation by and between Plaintiffs and Defendants Tristan Oil, Ltd. ("Tristan"), Renaissance Securities (Cyprus) Limited ("Renaissance"), GLG Atlas Macro Fund ("GLG") and Wells Fargo Bank, N.A. to reschedule the hearing date for Defendant Tristan's motion to dismiss and to modify the parties' respective briefing schedules on Tristan's motion to dismiss and on the anticipated motions to dismiss of Defendants Renaissance and GLG. Based upon the stipulation of counsel, and incorporating the terms thereof [Doc. No. 31],

IT IS HEREBY ORDERED, that:

1. The motions of Tristan, Renaissance and GLG will be heard together on March 17, 2011.

2. The motion papers of movants Tristan, Renaissance and GLG will be due on January 14, 2011 (excluding the motion and notice of hearing on motion of Tristan, which were previously filed on October 22, 2010, as amended on November 1, 2010 (*see* Docket Entries 25-27, 29));

3. Plaintiffs' responsive motion papers in opposition to the Motions to Dismiss will be due on February 18, 2011;

4. The reply memoranda of law of Tristan, Renaissance and GLG will be due on March 3, 2011.

If, between January 10, 2011 and February 18, 2011, the Trustee informs the Court that it is prepared to effectuate the Merger of the Notes, and if in response to such action the Plaintiffs renew a request for a restraining order or preliminary injunction, all parties will then agree to an extension of the hearing date on the motions to dismiss and the deadline for submission of Plaintiffs' responsive motion papers with respect to the motions to dismiss.  In that event, the parties agree to extend the due date for Plaintiffs' responsive motion papers by up to two weeks, with a corresponding extension of the due date for movants' reply memoranda and hearing date to comply with the briefing schedule set forth in D. Minn. LR 7.1.

BY THE COURT:

Dated: December 16, 2010

s/  Joan N. Ericksen
Joan N. Ericksen
United States District Judge

fb.us.6113284.01