UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Argo Global Special Situations Fund; Argo Distressed Credit Fund; Black River EMCO Master Fund Ltd.; Black River Emerging Markets Credit Fund Ltd.; BlueBay Multi-Strategy (Master) Fund Limited; BlueBay Specialised Funds; Emerging Market Opportunity (Master) Fund; CarVal (CVI GVF (Lux)) Master S.a.r.l.; Standard Americas, Inc.; and Standard Bank Plc,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil, Ltd., a British Virgin Islands Company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd.,<br><br>Defendants. | Court File No.:10-cv-03614 JNE/SRN<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS RENAISSANCE SECURITIES (CYPRUS) LIMITED AND GLG ATLAS MACRO FUND TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT** |

On December 16, 2010, Plaintiffs and Defendants Tristan Oil, Ltd. ("Tristan"), Renaissance Securities (Cyprus) Limited ("Renaissance"), GLG Atlas Macro Fund ("GLG"), and Wells Fargo Bank, N.A. (collectively hereinafter "the undersigned parties") stipulated to reschedule the hearing date for Defendant Tristan's motion to dismiss to March 17, 2011, to modify the briefing schedule on Tristan's motion to dismiss, and to set an identical briefing schedule and hearing date on the anticipated motions to dismiss of Defendants Renaissance and GLG. The Court entered an Order on December 16, 2010, approving of the stipulated hearing date and briefing schedules.

To further clarify the applicable schedule, the undersigned parties hereby further stipulate, pursuant to Fed. R. Civ. P. 6, 7 and 12, that Defendants Renaissance and GLG's time to answer the complaint or otherwise plead shall be extended until January 14, 2011, which is the due date for Renaissance and GLG's opening briefs in support of their anticipated motions to dismiss under the terms of the Court's December 16, 2010 Order.

This stipulation, its entry by "so ordering" and the consent thereto, and its terms and conditions shall not waive or compromise, or be deemed to waive or compromise, any rights, defenses, objections or arguments that Defendants Tristan, GLG and Renaissance, or any of them, may have in this action, including but not limited to jurisdiction and service of process, or in any other proceeding, all of which are expressly preserved (except that Tristan does not dispute that it was effectively served with the complaint); and Plaintiffs agree not to assert any such waiver or compromise in this action or in any other proceeding.

**FAEGRE & BENSON LLP**

 s/ Michael M. Krauss
Michael B. Fisco, #175341
Michael M. Krauss, #0342002
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

**HENSON & EFRON, P.A.**

s/ Joseph T. Dixon, Jr.
Joseph T. Dixon, Jr., #0023139
Christopher J. Burns, #0293350
John N. Bisanz, #0389098
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: (612) 339-2500
Facsimile: (612) 339-6364

*Attorneys for Defendants GLG Atlas Macro Fund and Renaissance Securities (Cyprus) Limited*

**LARKIN HOFFMAN DALY & LINDGREN LTD.**

s/ Jon S. Swierzewski
Jon S. Swierzewski #108017
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431
Telephone: (952) 835-3800

and

Anthony B. Ullman (pro hac vice)
Salans LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Telephone: (212) 632-5500

*Attorneys for Defendant Tristan Oil, Ltd.*

**DORSEY & WHITNEY LLP**

  s/ Steven J. Heim
Patrick J. McLaughlin, #71080
Steven J. Heim, #316994
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Wells Fargo Bank, National Association, as Indenture Trustee*

412136 DOC