# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Argo Global Special Situations Fund;
Argo Distressed Credit Fund; Black River
EMCO Master Fund Ltd.; Black River
Emerging Markets Credit Fund Ltd.; BlueBay
Multi-Strategy (Master) Fund Limited;
BlueBay Specialised Funds; Emerging Market
Opportunity (Master) Fund; CarVal (CVI GVF
(Lux)) Master S.a.r.l.; Standard Americas, Inc.;
and Standard Bank Plc,

                    Plaintiffs,

v.

Wells Fargo Bank, National Association,
as Indenture Trustee; Tristan Oil, Ltd., a
British Virgin Islands Company; GLG Atlas
Macro Fund; Renaissance Securities (Cyprus)
Limited; Vision Advisors III Limited; and
Sputnik Group Ltd.,

                    Defendants.

Court File No.:10-cv-03614 JNE/SRN

**ORDER REGARDING JOINT
STIPULATION FOR EXTENSION OF
TIME  FOR DEFENDANTS
RENAISSANCE SECURITIES (CYPRUS)
LIMITED AND GLG ATLAS MACRO
FUND TO ANSWER OR OTHERWISE
PLEAD IN RESPONSE TO COMPLAINT**

---

This matter came on before the Court on the Stipulation by and between Plaintiffs and

Defendants Tristan Oil, Ltd., Renaissance Securities (Cyprus) Limited ("Renaissance"), GLG

Atlas Macro Fund ("GLG") and Wells Fargo Bank, N.A. to extend the time for Renaissance and

GLG to answer the complaint or otherwise plead.  Based upon the stipulation of counsel, and

incorporating the terms thereof [Doc No. 33],

IT IS HEREBY ORDERED THAT:

Renaissance and GLG shall answer the complaint or otherwise plead on or before

January 14, 2011.

BY THE COURT:


Dated: December 22, 2010                    s/ Franklin L. Noel
                                            FRANKLIN L. NOEL
                                            United States District Judge


412141.DOC