UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Argo Global Special Situations Fund; Argo Distressed Credit Fund; Black River EMCO Master Fund Ltd.; Black River Emerging Markets Credit Fund Ltd.; BlueBay Multi-Strategy (Master) Fund Limited; BlueBay Specialised Funds; Emerging Market Opportunity (Master) Fund; CarVal (CVI GVF (Lux)) Master S.a.r.l; Standard Americas, Inc.; and Standard Bank Plc,

          Plaintiffs,

v.

Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil, Ltd., a British Virgin Islands Company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd.,

          Defendants.

Court File No.: 10 CV3614/RHK/JJK

### AFFIDAVIT OF SERVICE OF ROBERT WILLIAMS

I, ROBERT WILLIAMS of PO Box 309, Ugland House, George Town, Grand Cayman, KY1-1104, Cayman Islands, MAKE OATH AND SAY as follows:

1. I am employed as a Litigation Clerk by Maples and Calder of Grand Cayman, Cayman Islands.

2. At approximately 2:45pm on 3 December 2010, I attended the registered office of GLG Atlas Macro Fund (the "Company"), which is at Walkers Corporate Services Limited, Walker House, 87 Mary Street, George Town, Grand Cayman, Cayman Islands, where I delivered

copies of the Civil Cover Sheet, Summons and Complaint with Exhibits A through I filed in Civil Action No: 10-cv-3614-RHK/JJK in the United States District Court for the District of Minnesota (the "Documents") by handing the same to a person who identified herself as Emille Cameron and as being authorised to accept the Documents on behalf of the Company.

3. I confirm that the Documents were served in accordance with O.65, r.5 of the Cayman Islands Grand Court Rules 1995 (Revised) which provides that a document to be served on a body corporate may be served by leaving the document with the registered or principal office of the body.

4. It is customary in the Cayman Islands for the registered office of a company receiving documents on behalf of that company to endorse a copy of the letter under which the documents are served by way of acknowledgement. There is now produced and shown to me and attached hereto as Exhibit "RW-1", a copy of the service letter evidencing acceptance of the Documents.

| | |
|---|---|
| SWORN to at George Town,<br>Grand Cayman, Cayman Islands<br>this 6th day of December 2010<br>before me | )<br>)<br>)<br>)<br>)<br>) |

_____
Notary Public
My commission expires on 31st January 2011

_____
ROBERT WILLIAMS



UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Argo Global Special Situations Fund; Argo Distressed Credit Fund; Black River EMCO Master Fund Ltd.; Black River Emerging Markets Credit Fund Ltd.; BlueBay Multi-Strategy (Master) Fund Limited; BlueBay Specialised Funds; Emerging Market Opportunity (Master) Fund; CarVal (CVI GVF (Lux)) Master S.a.r.l; Standard Americas, Inc.; and Standard Bank Plc,

               Plaintiffs,

v.

Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil, Ltd., a British Virgin Islands Company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd.,

               Defendants.

Court File No.: 10 CV3614/RHK/JJK

---

**EXHIBIT "RW-1"**

This is the Exhibit shown to me and marked "RW-1" to the Affidavit of Service of ROBERT WILLIAMS

Sworn before me this 6th day of December 2010.

_____
Notary Public
My commission expires on 31st January 2011



# MAPLES

**Our ref**     MXB/999999/20116626
**Direct tel**    +1 345 814 5237
**Email**       michele.berry@maplesandcalder.com

**By Hand**

GLG Atlas Macro Fund
Walkers Corporate Services Limited
Walker House
87 Mary Street
PO Box 908
George Town
Grand Cayman  KY1-9005
Cayman Islands

3 December 2010

> RECEIVED
> Emilie Cameron
> BY: [signature]
> FOR: GLG Atlas Macro Fund
> DATE: 3 Dec 2010
> TIME: 2.45pm

Dear Sirs

**Argo Global Special Situations Fund et al. –v- Wells Fargo Bank, National Association as Trustee et al. - United States District Court for the District of Minnesota**
**Civil Action No: 10-cv-3614-RHK/JJK**

We enclose by way of service upon you the following documents in relation to the abovementioned matter:

1. Civil Cover Sheet;
2. Summons; and
3. Complaint with Exhibits A through I.

Kindly acknowledge receipt by signing where indicated on the attached copy of this letter.

Yours faithfully

[signature]

Maples and Calder
Encl.

Maples and Calder

PO Box 309  Ugland House  Grand Cayman  KY1-1104  Cayman Islands
Tel +1 345 949 8066   Fax +1 345 949 8080   www.maplesandcalder.com