UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Argo Global Special Situations Fund; Argo Distressed Credit Fund; Black River EMCO Master Fund Ltd; Black River Emerging Markets Credit Fund Ltd; BlueBay Multi-Strategy (Master) Fund Limited; BlueBay Specialised Funds; Emerging Market Opportunity (Master) Fund; CarVal (CVI GVF (Lux)) Master S.a.r.L; Standard Americas, Inc; and Standard Bank pic<br>　　　　　　　　　　　Plaintiffs<br>-v-<br><br>Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil Ltd, a British Virgin Islands Company; GLG Atlas Macro Fund;Renaissance Securities (Cyprus) Limited;Vision Advisors III Limited and Sputnik Group Ltd.<br>　　　　　　　　　　　Defendants | Civil Action Number 10 CV3614/RHK/JJK |

### FIRST AFFIDAVIT OF STAVROULA ANDREOU

I, STAVROULA ANDREOU of Archbishop Makariou Avenue III , P.O Box 26821,Nicosia, Cyprus MAKE OATH and say as follows:-

1. I am a Barrister registered under the Cyprus Bar Association, of the Republic of Cyprus, employed as a Senior Associate in the Litigation Department of Andreas Neocleous & Co LLC in Nicosia, Cyprus. My firm has been asked by the Plaintiffs to serve the documents listed below upon Renaissance Securities (Cyprus) Limited, and it is in this capacity and with this authority that I make this affidavit on the Plaintiffs behalf.

2. Cyprus Company Law (Chapter 113), Article 102 requires that all companies incorporated within the jurisdiction must maintain a Registered Office address within the territory, where all

notifications must be sent.

3. Article 372 of the Companies Law, Chapter 113, provides that service may be effected upon a company by addressing the document to the registered office of the company and leaving it at, or sending it by post to, the company's registered office address.

4. I commissioned and reviewed a company search that was made at the Companies Registrar for Renaissance Securities (Cyprus) Limited that confirms that the registered office of the above Company is at No 2-4 Archbishop Makariou Avenue II, Capital Center 9th Floor, Nicosia, Cyprus. The Original Copy (in Greek) of the search conducted by me in the Companies Registrar is attached as **Exhibit 1** and a free translation in English of the registered office and the members of the Company as stated in the original document is attached as **Exhibit 2.**

5. Furthermore based on Cyprus Civil Procedure Rules and especially based on Section 5B, Subsections 1, 1(a), 2, 3, and Appendix C, Part 2 where it is stated as follows:

    1. The proposed, in accordance with the Provisions of the Rules, service of the writ of summons of an initial application, appeal, application and any judicial document, as well as the service of any document ordered by the Court, is made by a private bailiff authorised by the Supreme Court, that is referred to on the basis of the Procedural Rules as 'bailiff'. Exempt from the provisions of the Procedural Rules is the service of any judicial document derived by a governmental department or service. The service of such documents shall continue to take place in accordance with the current procedure by the serving bailiffs.

    A judicial document includes:

    (a) Any document derived by a judicial body abroad.

    2. A Bailiff is a person duly authorised by the Supreme Court for the conduct of service in accordance and based on the provisions set by the procedural Rules.

    3. The service is governed by the provisions set by the Procedural Rules including the provision of the above Procedural Rule.

    Appendix C, Part II

    1. The bailiff is considered to be an officer of the Court.

6. Furthermore based on the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, of which Cyprus is a member, in Article 10 (c) it is stated that: "Provided the State of destination does not object, the present Convention shall not interfere with the freedom of any person interested in a judicial proceeding to effect service of

judicial documents directly through the judicial officers, officials or other competent persons of the State of destination."

7. On 6th of December 2010 a private bailiff sent by our Firm served upon Renaissance Securities (Cyprus) Limited the documents listed therein, namely:

   (a) The Civil Cover Sheet
   (b) The Summons in these proceedings
   (c) The Complaint, with exhibits A to I

8. The private Bailiff undertook a sworn affidavit that he personally undertook the service of the above documents to Renaissance Securities (Cyprus) Limited .This sworn affidavit is hereby attached as **Exhibit 3**.

9. I hereby confirm that service of the documents listed above has taken place in accordance with the Cyprus Law and Civil Procedure Rules and the Hague Convention.

THE AFFIANT

STAVROULA ANDREOU

Sworn and signed before me
On the 15th of December 2010
at the District Court of Nicosia.

REGISTRAR

ΕΛΕΝΗ ΓΕΩΡΓΙΟΥ



ΤΕΕΕΠ 15/12/2010   ΕΡΕΥΝΑ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΜΗΧΑΝΟΓΡΑΦΗΜΕΝΟ ΣΥΣΤΗΜΑ

EXHIBIT 1

| Αρ. Εγγραφής | Όνομα Οργανισμού | | |
|---|---|---|---|
| HE 72487 | RENAISSANCE SECURITIES (CYPRUS) LIMITED | | |
| Ημ. Εγγραφής 24/07/1995 | Εξαιρούμενη ή μή: Εξαιρούμενη | | |
| Καταστ. Οργ. Εγγεγραμμένη | | Ημ. Καταστ. | |

Σκοποί
Επενδυτική

ΑΚΥΡΟΝ
ΚΥΠΡΟΣ KIBRIS CYPRUS

15/12/16

Ετήσια Έκθεση που οφείλεται 31/08/2009

### Διεύθυνση
Ισχύει από :

| 24/07/1995 | Αρχ. Μακαρίου ΙΙΙ, 2-4<br>CAPITAL CENTER, 9ος όροφος<br>Τ.Κ. 1065, Λευκωσία, Κύπρος |
|---|---|

### Διευθυντές
Ημερ. Διορισμού :

| 17/06/2003 | ΑΘΩΣ ΔΗΜΗΤΡΙΟΥ |
|---|---|
| 17/06/2003 | ΓΙΩΡΓΟΣ ΠΕΛΕΚΑΝΟΣ |
| 17/06/2003 | ΣΩΚΡΑΤΗΣ ΣΟΛΟΜΙΔΗΣ |
| 13/04/2006 | HANS JOCHUM HORN |
| 01/04/2007 | ΜΑΡΙΟΣ ΧΑΤΖΗΓΙΑΝΝΑΤΖΗΣ |

### Γραμματέας
Ημερ. Διορισμού :

| 24/07/1995 | A.T.S. SERVICES LIMITED |
|---|---|

ΤΕΕΕΠ 15/12/2010        ΕΡΕΥΝΑ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΜΗΧΑΝΟΓΡΑΦΗΜΕΝΟ ΣΥΣΤΗΜΑ

HE 72487

Διευθυντές
ΓΙΩΡΓΟΣ ΠΕΛΕΚΑΝΟΣ

| Ημερ. Διορισμού | 17/06/2003 | Ημερ. Τερματισμού : | | Ισχύει Από : | 24/05/2007 | 109 |
| Ταυτ. | | 270327 | | Αρ. Διαβ. | | Ημερ. Γενν. 15/12/1941 |
| Επάγγελμα | Διευθυντής Εταιρείας | | | Χώρα | Κύπρος | |

Διεύθυνση: Σταδίου, 29
Τ.Κ. 6020, Λάρνακα
Κύπρος

ΑΘΩΣ ΔΗΜΗΤΡΙΟΥ

| Ημερ. Διορισμού | 17/06/2003 | Ημερ. Τερματισμού : | | Ισχύει Από : | 17/06/2003 | 0 |
| Ταυτ. | | 712862 | | Αρ. Διαβ. | | Ημερ. Γενν. 12/07/1972 |
| Επάγγελμα | Δικηγόρος | | | Χώρα | Κύπρος | |

Διεύθυνση: Ρήγα Φεραίου, 33
Τ.Κ. 1087, Λευκωσία
Κύπρος

ΣΩΚΡΑΤΗΣ ΣΟΛΟΜΙΔΗΣ

| Ημερ. Διορισμού | 17/06/2003 | Ημερ. Τερματισμού : | | Ισχύει Από : | 24/05/2007 | 109 |
| Ταυτ. | | 485281 | | Αρ. Διαβ. | | Ημερ. Γενν. 11/05/1955 |
| Επάγγελμα | Επιχειρηματίας | | | Χώρα | Κύπρος | |

Διεύθυνση: Βενιζέλου, 2
Άγιος Δομέτιος
Τ.Κ. 2363, Λευκωσία
Κύπρος

HANS JOCHUM HORN

| Ημερ. Διορισμού | 13/04/2006 | Ημερ. Τερματισμού : | | Ισχύει Από : | 13/04/2006 | 91 |
| Ταυτ. | | | | Αρ. Διαβ. 20719727 | | Ημερ. Γενν. 05/12/1948 |
| Επάγγελμα | Διευθυντής | | | Χώρα | Νορβηγία | |

Διεύθυνση: Brusov Per., 17
Διαμ/Γραφείο 19
Moscow,
Ρωσία

ΤΕΕΕΠ  15/12/2010            ΕΡΕΥΝΑ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΜΗΧΑΝΟΓΡΑΦΗΜΕΝΟ ΣΥΣΤΗΜΑ

HE 72487

Διευθυντές
ΜΑΡΙΟΣ ΧΑΤΖΗΓΙΑΝΝΑΤΖΗΣ

Ημερ. Διορισμού: 01/04/2007  | Ημερ. Τερματισμού :            Ισχύει Από : 04/11/2008 | 116 |

Ταυτ.  0  670121          Αρ. Διαβ.        Ημερ. Γενν. 26/06/1969
Επάγγελμα  Χρηματιστής              Χώρα  Κύπρος
Διεύθυνση  Πινδάρου, 27
           ALPHA BUSINESS CENTRE, 8ος όροφος,
           Τ.Κ. 1060, Λευκωσία
           Κύπρος

Γραμματέας
A.T.S. SERVICES LIMITED

Ημερ. Διορισμού: 24/07/1995 | Ημερ. Τερματισμού :            Ισχύει Από : 24/07/1995 | 0 |

Ταυτ.       C      52417  Αρ. Διαβ.        Ημερ. Γενν.
Επάγγελμα                                Χώρα
Διεύθυνση  Αρχ. Μακαρίου ΙΙΙ, 2-4
           CAPITAL CENTER, 9ος όροφος,
           Τ.Κ. 1065, Λευκωσία
           Κύπρος

ΤΕΕΕΠ  15/12/2010          ΕΡΕΥΝΑ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΜΗΧΑΝΟΓΡΑΦΗΜΕΝΟ ΣΥΣΤΗΜΑ

<u>Μετοχικό Κεφάλαιο</u>                                                                                    HE 72487

31/05/2008

Ονομαστικό  EUR 8.550,00 διαιρεμένο ως ακολούθως:

ΣΥΝΗΘΕΙΣ                                    5.000 Μετοχές ονομαστικής αξίας  EUR  1,71

Εκδοθέν  EUR 8.550,00 διαιρεμένο ως ακολούθως:

ΣΥΝΗΘΕΙΣ                                    5.000 Μετοχές ονομαστικής αξίας  EUR  1,71

ΤΕΕΕΠ 15/12/2010     ΕΡΕΥΝΑ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΜΗΧΑΝΟΓΡΑΦΗΜΕΝΟ ΣΥΣΤΗΜΑ

**Μέτοχοι**                                                      ΗΕ 72487

31/05/2008

A.T.S. TRUSTEES LIMITED

Ταυτ.        ΗΕ 52416     Αρ. Διαβ.     Ημερ. Γενν. 00/00/0000
Επάγγελμα                   Χώρα
Διεύθυνση    Αρχ. Μακαρίου ΙΙΙ, 2-4
                 CAPITAL CENTER, 9ος όροφος
                 Τ.Κ. 1065, Λευκωσία, Κύπρος

Τάξη (Αξία)                        Αρ. Μετοχών
ΣΥΝΗΘΕΙΣ ( EUR 1,71 )          1

RENAISSANCE FINANCIAL HOLDINGS LIMITED

Ταυτ.                     Αρ. Διαβ.     Ημερ. Γενν. 00/00/0000
Επάγγελμα                   Χώρα
Διεύθυνση    Victoria Street, 22
                 CANON'S COURT
                 Hamilton HM12, Βερμούδα

Τάξη (Αξία)                        Αρ. Μετοχών
ΣΥΝΗΘΕΙΣ ( EUR 1,71 )          4999

ΤΕΕΕΠ  15/12/2010         ΕΡΕΥΝΑ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΜΗΧΑΝΟΓΡΑΦΗΜΕΝΟ ΣΥΣΤΗΜΑ    ΗΕ 72487

| Όνομα Οργανισμού | Ισχύει από |
|---|---|
| BORIS JORDAN & CO. (RUSSIA) LIMITED | 24/07/1995 |
| RENAISSANCE SECURITIES (CYPRUS) LIMITED | 21/08/1995 |

ΑΡΧΕΙΟΝ ΕΓΓΡΑΦΗΣ ΕΠΙΒΑΡΥΝΣΕΩΝ ΚΑΙ ΓΝΩΣΤΟΠΟΙΗΣΕΩΝ ΚΑΘΩΣ ΚΑΙ ΚΑΤΑΧΩΡΗΣΕΩΝ ΥΠΟΘΗΚΩΝ ΚΑΙ ΤΩΝ ΑΚΥΡΩΣΕΩΝ ΤΟΥΣ

ΑΡ. ΕΓΓΡΑΦΗΣ HE 72487    της RENAISSANCE SECURITIES (CYPRUS) LIMITED

| (1) Ημερομηνία Εγγραφής ή Καταχωρ. | (2) Αύξων Αρ. του Εγγράφου στο Φάκελλο | (3) Ημερομηνία Σύστασης κάθε Επιβάρυνσης ή Υποθήκης | (4) Ημερομηνία Απόκτησης Περιουσίας | (5) Ποσό που διασφαλίστηκε για την Επιβάρυνση ή Υποθήκη | (6) Συνοπτικά Στοιχεία της Περιουσίας που επιβαρύνεται ή υποθηκεύεται | (7) Ονόματα Δικαιούχων Επιβάρυνσης ή Υποθήκης | (8) Γνωστοποίηση Εξόφλησης ή Ακύρωσης Ποσό / Φύση |
|---|---|---|---|---|---|---|---|
| 30/11/2007 | 1 - 3 | 26/11/2007 | | και οποιοδήποτε ποσό χρημάτων το οποίο οφείλεται σήμερα ή από τώρα και στο εξής ή από καιρό σε καιρό | Επιβάρυνση σε στοιχεία του ενεργητικού της εταιρείας. | JP MORGAN CHASE BANK NATIONAL ASSOCIATION, LONDON BRANCH | |
| 12/3/2008 | 4 - 6 | 05/04/2007 | | και οποιοδήποτε ποσό χρημάτων το οποίο οφείλεται σήμερα ή από τώρα και στο εξής ή από καιρό σε καιρό | Πάγια Επιβάρυνση σε μετρητά, Δολλάρια ή Ευρώ και διαπραγματεύσιμες υποχρεώσεις οφειλής εκδομένες από τις Κυβερνήσεις της Γερμανίας, του Βελγίου ή της Γαλλίας ή το Τμήμα Κρατικών Ομολόγων των ΗΠΑ με υπολοιπόμενο χρόνο λήξης (α) όχι πέραν του ενός έτους, (β) πέραν του ενός έτους αλλά όχι πέραν των 10 ετών και (γ) πέραν των 10 ετών. | DEUTSCHE BANK AG | |
| 24/9/2008 | 7 - 9 | 03/09/2008 | | και οποιοδήποτε ποσό χρημάτων το οποίο οφείλεται σήμερα ή από τώρα και στο εξής ή από καιρό σε καιρό | Εκχώρηση από την Εταιρεία όλων των δικαιωμάτων της αλλά όχι των υποχρεώσεων της [τηρουμένης της πρόνοιας για επανεκχώρηση (re-assignment) σε περίπτωση εξαγοράς (redemption)] εν σχέση με το global services agreement ημερομηνίας 3 Σεπτεμβρίου 2008 μεταξύ της Εταιρείας και της Citybank N.A. London. | PEPSI-COLA (BERMUDA) LIMITED | ΗΜΕΡΟΜ.: 18/12/2008 ΕΞΟΦΛΗΘΗΚΕ ΑΠΟ: 13 |
| 10/12/2008 | 10 - 12 | 20/11/2008 | | EUR 50.000,00 | Ενεχυρίαση και παροχή συμφέροντος στην Εξασφάλιση. | EUROCLEAR BANK S.A./N.V. | |
| 22/4/2010 | 13 - 15 | | | | | | οποιοδήποτε ποσό πλήρως |
| 19/5/2010 | 16 - 19 | 17/03/2006 | | και οποιοδήποτε ποσό χρημάτων το οποίο οφείλεται σήμερα ή από τώρα και στο εξής ή από καιρό σε καιρό | Πρώτη συνεχιζόμενη προτεραιότητα εξασφάλισης πάνω στην επίσχεση και τα δικαιώματα έναντι όλων των Απεσταλμένων Εγγυήσεων που μεταβιβάστηκαν στο Ασφαλισμένο Μέρος (όπως ορίζεται στη συμφωνία ISDA 2002 Master Agreement και το Credit Support Annex). | JPMORGAN CHASE BANK, N.A | |

ΤΟ ΑΡΧΕΙΟ ΕΠΙΒΑΡΥΝΣΕΩΝ ΔΕΝ ΕΙΝΑΙ ΠΛΗΡΩΣ ΜΗΧΑΝΟΓΡΑΦΗΜΕΝΟ.
ΓΙΑ ΟΛΟΚΛΗΡΩΜΕΝΗ ΕΡΕΥΝΑ ΖΗΤΑΤΕ ΤΟ ΦΑΚΕΛΟ ΤΗΣ ΕΤΑΙΡΕΙΑΣ.

Σελίδα 1 από 1



Search conducted on: 15/12/2010    ELECTRONIC COMPANY SEARCH

Reg. No. HE 72487

Name of Organisation: RENAISSANCE SECURITIES (CYPRUS) LIMITED

Private Company with limited liability shares

Date of reg. 24/07/1995

Condition of Company: Registered – active

Objects: Investment

Annual Returns owed for 31/08/2009

Registered Address (valid from 24/07/1995): 2-4 Arch Makariou Avenue III, CAPITAL CENTER, 9th floor, Post Code 1065, Nicosia, Cyprus


Directors:

Date of appointment:

17/06/2003 – Athos Demetriou

17/06/2003 – George Pelekanos

17/06/2003 – Socrates Solomides

13/04/2006 – Hans Jochum Horn

01/04/2007 – Marios Hadjiyiannadjis


Secretary:

Date of appointment:

24/07/1995 – A.T.S. SERVICES LIMITED

DIRECTORS

**GEORGE PELEKANOS**

Date of Appointment: 17/06/2003

Date of Birth: 15/12/1941

ID No: 270327

Profession: Company Director

Country: Cyprus

Address: 29 Stadiou, Post Code 6020, Larnaca, Cyprus

**ATHOS DEMETRIOU**

Date of Appointment: 17/06/2003

Date of Birth: 12/07/1972

ID No: 712862

Profession: lawyer

Country: Cyprus

Address: 33 Riga Fereou, Post Code 1087, Nicosia, Cyprus

**SOCRATES SOLOMIDES**

Date of Appointment: 17/06/2003

Date of Birth: 11/05/1955

ID No: 485281

Profession: Businessman

Country: Cyprus

Address: 2 Venizelou, Agios Dometios, Post Code 2363, Nicosia, Cyprus

**HANS JOCHUM HORN**

Date of Appointment: 13/04/2006

Date of Birth: 05/12/1948

Passport No: 20719727

Profession: Director

Country: Norway

Address: 17 Brusov Per, Apt 19, Moscow, Russia

**MARIOS HADJIYIANNADJIS**

Date of Appointment: 01/04/2007

Date of Birth: 26/06/1969

ID No: 670121

Profession: Stockbroker

Country: Cyprus

Address: 27 Pindarou, Alpha Business Centre, 8th floor, Post Code 1060, Nicosia, Cyprus

**SECRETARY**

**A.T.S. SERVICES LIMITED**

Date of Appointment: 24/07/1995

HE: 52417

Address: 2-4 Arch Makariou Avenue III, CAPITAL CENTER, 9th floor, Post Code 1065, Nicosia, Cyprus

## SHARE CAPITAL (from 31/05/2008)

**Authorised Share Capital:** €8.550,00 divided into 5.000 ordinary shares of value EUR 1,71 each

**Issued Share Capital:** €8.550,00 divided into 5.000 ordinary shares of value EUR 1,71 each

## SHAREHOLDERS (from 31/05/2008)

### A.T.S. TRUSTEES LIMITED

HE 52416

Address: 2-4 Arch Makariou Avenue III, CAPITAL CENTER, 9th floor, Post Code 1065, Nicosia, Cyprus

Shares: 1 worth EUR 1,71 each

### RENAISSANCE FINANCIAL HOLDINGS LIMITED

Address: 22 Victoria Street, Canon Court, Hamilton HM12, Bermuda

Shares: 4999 worth EUR 1,71 each

EXHIBIT 3



Civil Action No: 10cv3614 RHK/JJK

IN UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

**BETWEEN**

Argo Global Special Situations Fund; Argo Distressed Credit Fund; Black River EMCO Master Fund Ltd.; Black River Emerging Markets Credit Fund Ltd.; BlueBay Multi-Strategy (Master) Fund Limited; BlueBay Specialised Funds: Emerging Market Opportunity (Master) Fund; CarVal (CVI GVF (Lux)) Master S.a.r.l; Standard Americas, Inc.; and Standard Bank Plc,

Plaintiffs

-AND-

Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil, Ltd., a British Virgin Islands Company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited; and Sputnik Group Ltd.,

Defendants

## AFFIDAVIT

I, Vasos Christoforou, a private Bailiff of Nicosia, Cyprus, MAKE OATH and say as follows:

1. I was instructed Michael B. Fisco, Michael M. Krauss, Faegre & Benson LLP Advocates from Minneapolis of USA, who act on behalf of the above Plaintiffs the above-mentioned action, to serve proceedings on Renaissance Securities (Cyprus) Limited.

2. I confirm that the attached documents marked as **Exhibit "A"** have been served on the Renaissance Securities (Cyprus) Limited, at its address(Archbishop Makariou II Avenue 2-4 Capital Center, 9th Floor, Nicosia Republic of Cyprus, on the .6...... of December 2010.



THE AFFIANT



VASOS CHRISTOFOROU

Sworn and signed before me
this...?.. day of December of the
year 2010 at the District
Court of Nicosia.

**REGISTRAR**

