UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Argo Global Special Situations Fund; Argo Distressed Credit Fund; Black River EMCO Master Fund Ltd; Black River Emerging Markets Credit Fund Ltd; BlueBay Multi- Strategy (Master) Fund Limited; BlueBay Specialised Funds; Emerging Market Opportunity (Master) Fund; CarVal (CVI GVF (Lux)) Master S.a.r.l.; Standard Americas, Inc; and Standard Bank plc

**Plaintiffs**

Civil Action Number 10 CV3614/RHIQJJK

v.

Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil Ltd, a British Virgin Islands company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited and Sputnik Group Ltd.

**Defendants**

## AFFIDAVIT OF DARIO ROLLE

I, DARIO ROLLE of the western district of the island of New Providence, one of the islands in the Commonwealth of the Bahamas, MAKE OATH and say as follows:-

1. I am a office clerk with the law firm of Lennox Paton.

2. I was instructed by Christopher Jenkins, a Senior Associate attorney at Lennox Paton serve certain documents on two Bahamian International Business Companies, namely Vision Advisors III Limited and Sputnik Group Ltd.

3. Where the contents of this affidavit are within my own knowledge they are true. Where the contents of this affidavit are not within my own knowledge I identify the source. I verily believe that this information is true.

4. I have read the affidavit of Christopher J. Jenkins, and make reference in this affidavit to the exhibit of Mr. Jenkins' affidavit.

5. The documents I was instructed to serve by Mr. Jenkins were as follows:

    a. Cover sheet for case reference 10-cv-03614-RHK-JJK filed on 20 August 2010 (copy exhibited at pages [1] to [3] of exhibit CJ1);

    b. Complaint, filed on 20 August 2010, together with the exhibits thereto (a copy of the complaint, without the voluminous exhibits, is exhibited at pages [4] to [32] of exhibit CJ1).

    c. Executed Summons for civil action 10cv 3614 RHK/JJK (copy exhibited at page [33] of exhibit CJ1);

    d. Notice of Motion seeking a temporary restraining order filed on 20 August 2010 (copy exhibited at pages [34] to [36] of exhibit CJ1);

    e. The Plaintiffs' Memorandum in support of the Notice of Motion (together with the exhibits thereto) filed on 20 August 2010 (a copy of the Memorandum, again without the voluminous exhibits, is exhibited at pages [37] to [72] of exhibit CJ1);

    f. Word Count Compliance Certificate filed on 20 August 2010 (copy exhibited at pages [73] to [74] of exhibit CJ1).

6. Further to Mr. Jenkins' instructions I served

    a. documents (a) - (c) on Sputnik Group Ltd by leaving the documents at the office of its registered agent at Suite 102, Saffrey Square, Bank Lane & Bay Street, P.O. Box CB-13937, Nassau, Bahamas at 3.10 pm on 1 December 2010.

   b. documents (d) – (f) on Sputnik Group Ltd by leaving the documents at the same address at 12.15pm on 17 December 2010.

   c. documents (a) – (f) on Vision Advisors III Limited by leaving the documents at its registered agent's address 4th Floor, 308 East Bay Street, P.O. Box N-9058, Nassau Bahamas. at 12.54pm on 17 December 2010.

7. On each occasion, I completed a service record, which was co-signed by the person receiving the document. The three service records are exhibited at pages [79] to [81] of exhibit CJ1.

SWORN to this   4th   day   )
of January, 2011   )
in Nassau, Bahamas   )
                       )

     Before me,

                                       NOTARY PUBLIC

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Argo Global Special Situations Fund; Argo Distressed Credit Fund; Black River EMCO Master Fund Ltd; Black River Emerging Markets Credit Fund Ltd; BlueBay Multi- Strategy (Master) Fund Limited; BlueBay Specialised Funds; Emerging Market Opportunity (Master) Fund; CarVal (CVI GVF (Lux)) Master S.a.r.l.; Standard Americas, Inc; and Standard Bank plc

**Plaintiffs**

v.

Wells Fargo Bank, National Association, as Indenture Trustee; Tristan Oil Ltd, a British Virgin Islands company; GLG Atlas Macro Fund; Renaissance Securities (Cyprus) Limited; Vision Advisors III Limited and Sputnik Group Ltd.

**Defendants**

**AFFIDAVIT OF DARIO ROLLE**

Civil Action Number 10 CV3614/RHIQJJK

*Lennox Paton*
**LENNOX PATON**
Fort Nassau Centre
Marlborough Street
Nassau, Bahamas
**Attorneys for the Plaintiffs**